# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr100-MHT |
| | ) | (WO) |
| JAMES CALVIN TALLEY, JR., | ) | |
| DUANTE RAHEEM TALLEY, and | ) | |
| RICHIE DALE MURPHY | ) | |

## ORDER

Upon consideration of the government's motion to dismiss the original indictment (doc. no. 99), it is ORDERED that the motion is granted, and the original indictment (doc. no. 1) is dismissed.

DONE, this the 3rd day of October, 2017.

                                             /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**