IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA,     )
                              )     CRIMINAL ACTION NO.
     v.                       )        2:17cr100-MHT
                              )            (WO)
JAMES CALVIN TALLEY, JR.      )
```

ORDER

In light of the filing of the second superseding indictment (doc. no. 90), it is ORDERED that the government's motion to dismiss (doc. no. 100) the first superseding indictment (doc. no. 48) is granted as to defendant James Calvin Talley, Jr. A second superseding indictment is now pending.

DONE, this the 3rd day of October, 2017.

                                            /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**